

# HINMAN
# STRAUB
ATTORNEYS AT LAW

121 STATE STREET
ALBANY, NEW YORK 12207-1693
TEL: 518-436-0751
FAX: 518-436-4751

JAMES T. POTTER
E-MAIL: JPOTTER@HINMANSTRAUB.COM

July 21, 2011

**VIA ECF**
Hon. Jonathan W. Feldman
United States Magistrate Judge
Western District of New York
U.S. Courthouse, Room 2330
100 State Street
Rochester, NY 14614-1387

Re:   *Amador, et al. v Andrews, et al. - 6:10-CV-06702 (DGL/JWF)*

Dear Judge Feldman:

    I represent defendants Jeffrey Shawver and Michael Evans in this action. The case against them was dismissed in the Southern District by the order of the Honorable Kevin T. Duffy, which was appealed to the Second Circuit Court of Appeals. The appeal is still pending, so I have remained involved in the case in a limited capacity.

    The Court's text order of July 21, 2011 requires Christopher Kennedy, Lawrence H. Schaefer, Lawrence Henry Schaefer and David Novak, among others, to register to file and receive service of documents electronically through the District's case management/electronic case filing system. Messrs. Kennedy, Schaefer and Novak worked on this case while at Hinman Straub P.C., but have had no further involvement since leaving our firm for other opportunities. I respectfully request that they be relieved from the obligation to file to receive electronic documents in this case.

    Thank you for your consideration of this request.

Very truly yours,

James T. Potter

JTP:nfb

4852-4801-5882, v. 1