UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCY AMADOR, et al.,<br><br>                Plaintiff,<br><br>vs.<br><br>SUPERINTENDANTS OF THE DEPARTMENT OF CORRECTIONAL SERVICES ("DOCS") ANGINELL ANDREWS, et al.,<br><br>                Defendant. | **NOTICE OF APPEARANCE**<br><br>No. 6: 10-CV-06702 (DGL/JWF) |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Veronica Vela of The Legal Aid Society hereby enters her appearance as a counsel of record on behalf of the Plaintiffs in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

I certify that I am admitted to practice in the Western District of New York.

Dated: New York, New York
       July 21, 2011

THE LEGAL AID SOCIETY

By: _____
Veronica Vela
Staff Attorney
Prisoners' Rights Project
199 Water Street, 6th Floor
New York, NY 10038

Tel: (212) 577-3908
Fax: (212) 509-8433
Email: vvela@legal-aid.org

*Attorney for Plaintiffs*