UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

LUCY AMADOR, et al.,

        Plaintiffs,

vs.

SUPERINTENDANTS OF THE DEPARTMENT OF CORRECTIONAL SERVICES ("DOCS"), ANGINELL ANDREWS, et al.,

        Defendants.

**NOTICE OF APPEARANCE**

No. 6: 10-CV-06702 (DGL/JWF)

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Dori A. Lewis of The Legal Aid Society hereby enters her appearance as a counsel of record on behalf of the Plaintiffs in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

I certify that I am admitted to practice in the Western District of New York.

Dated: New York, New York
      August 1, 2011

THE LEGAL AID SOCIETY

By: _____
Dori A. Lewis
Senior Supervising Attorney
Prisoners' Rights Project
199 Water Street, 6th Floor
New York, NY 10038

Tel: (212) 577-3947
Fax: (212) 509-8433
Email: dlewis@legal-aid.org

*Attorney for Plaintiffs*

1