UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LUCY AMADOR, et al., on behalf of themselves
And all others similarly situated,

                        Plaintiff,        **NOTICE OF APPEARANCE**

v.

                                            Case No.: 10-cv-06702-DGL-JWF

DEPARTMENT OF CORRECTIONAL
SERVICES ("DOCS") SUPERINTENDENT
ANGINELL ANDREWS, et al.,

                        Defendant.

---

      **PLEASE TAKE NOTICE**, that the undersigned has been retained and hereby appears as Attorney of Record for Defendant, John E. Gilbert, II in the above action, and respectfully requests that copies of all pleadings, notices, motions and orders be served upon him at the filing address set forth below.

Dated: September 15, 2011
       Amherst, New York

                                                Yours, etc.

                                                *s/John B. Licata*
                                                John B. Licata, Esq.
                                                HOGANWILLIG
                                                *Attorneys for Defendant,*
                                                *John E. Gilbert, III*
                                                2410 North Forest Road
                                                Amherst, New York 14068
                                                (716) 636-7600
                                                jlicata@hoganwillig.com