UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
LUCY AMADOR, et al

                                Plaintiffs

      vs.                                     NOTICE OF APPEARANCE
                                            AND REQUESTD FOR
                                            ELECTRONIC NOTIFICATION

SUPERINTENDENT OF THE DEPARTMENT OF
CORRECTIONAL SERVICES (DOCS)         No. 6:10-CV-06702 (DGL/JWF)
ROBERT SMITH, et al

                                Defendants
-------------------------------------------------------------------------

     **PLEASE TAKE NOTICE,** that Brian J. Hutchison, Esq. with offices at 107 East Avenue, Lockport, New York 14094, hereby enters his appearance as co-counsel together with George V. C. Muscato, Esq., for the Defendant, Robert Smith, in entitled matter in place and stead Thomas M. DiMillo, Esq. as co-counsel. That annexed hereto is the Consent for Substitution of Attorney.

     The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below in place and stead of Thomas M. DiMillo, Esq.

     The undersigned further certifies that he is admitted to practice in the Western District of New York.

Dated: September 26, 2011

                                                          Brian J. Hutchison, Esq.
                                                          MUSCATO, DI MILLO & VONA, LLP
                                                          Attorneys for Defendant, ROBERT SMITH
                                                          Office and P. O. Address
                                                          107 East Avenue
                                                          Lockport, New York 14094
                                                          Telephone: (716) 434-9177
                                                          Fax: (716) 434-9196
                                                          Email: bjhesq@gmail.com

_[signature]_
George V. C. Muscato, Esq.
MUSCATO, DI MILLO & VONA, LLP
Attorneys for Defendant,
ROBERT SMITH
Office and P. O. Address
107 East Avenue
Lockport, New York 14094
(716) 434-9177

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
LUCY AMADOR, et al

                                  Plaintiffs

                   vs.                                                CONSENT FOR
                                                              SUBSTITUTION
                                                               OF ATTORNEY

SUPERINTENDENT OF THE DEPARTMENT OF
CORRECTIONAL SERVICES (DOCS)            No. 6:10-CV-06702 (DGL/JWF)
ROBERT SMITH, et al

                                  Defendants
-------------------------------------------------------------------------

**IT IS HEREBY CONSENTED THAT,** Brian J. Hutchison, Esq. with offices at 107 East Avenue, Lockport, New York 14094, act as co-counsel for the Defendant, Robert Smith, in entitled matter in place and stead of the undersigned attorney as of the date hereof. That I hereby further request that my name be removed from the electronic notification or other notifications with respect to the above entitled matter.

Dated: September 20, 2011

                                                                         Thomas M. DiMillo, Esq.

STATE OF NEW YORK )
                         ss:
COUNTY OF NIAGARA)

    On the 20th day of September, 2011, before me, the undersigned, a notary public in and for said state, personally appeared Thomas M. DiMillo personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

                                                         Notary Public

                                                    PATRICIA JEAN WELSBY
                                                  Notary Public, State Of New York
                                                    Qualified In Niagara County
                                                    My Commission Expires 10/31/2014