UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LUCY AMADOR, *et al.*,

                          Plaintiffs,

-against-

SUPERINTENDENT OF THE DEPARTMENT
OF CORRECTIONAL SERVICES ("DOCS")
ANGINELL ANDREWS, *et al.*,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x



6:10-cv-06702-DGL-JWF

STIPULATION AND
[PROPOSED] ORDER

      Plaintiffs Lucy Tasama (formerly Lucy Amador) and Bette Jean McDonald, along with Defendants Robert L. Smith and John E. Gilbert, III stipulate and agree that:

      (1) the claims of Plaintiff Tasama (formerly Lucy Amador) against Defendants Smith and Michael Galbreath shall be severed from the claims of Plaintiff McDonald against Defendant Gilbert for purposes of trial;

      (2) the claims of Plaintiff Tasama (formerly Lucy Amador) against Defendant Smith shall be severed from her claims against Defendant Galbreath for purposes of trial; and

      (3) with respect to Defendant Smith, Plaintiff Tasama (formerly Lucy Amador) meets the requirements of Fed. R. Evid. 804, is stipulated to be an unavailable witness and shall be granted permission to present her prior, video-taped deposition testimony—subject to resolution of objections—at trial in lieu of live testimony.

                          [signature page follows]

Dated: New York, New York
      January 26, 2012

By: _____
Charles W. Baxter
Stephanie S. Brannen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone (212) 909-6000

Dori A. Lewis
Veronica Vela
LEGAL AID SOCIETY
PRISONERS' RIGHTS PROJECT
199 Water Street, 6th Floor
New York, New York 10038
Telephone (212) 577-3530
*Attorneys for Plaintiffs Lucy Tasama (formerly Lucy Amador) and Bette Jean McDonald*

Dated: January 27, New York
    January 27, 2012
Niagara County
New York

By: _____
George C. Muscato
Muscato, DiMillo & Vona, L.L.P.
107 East Avenue
Lockport, New York 14094
Telephone (716) 434-9177
*Attorney for Defendant Robert L. Smith*

Dated: 2/9/12, New York
    January __, 2012

By: _____
John B. Licata
Hogan & Willig, PLLC
2410 North Forest Road, Suite 301
Amherst, New York 14068
Telephone (716) 636-7600
*Attorney for Defendant John E. Gilbert, III*

**SO ORDERED:**

_____

Dated: New York, New York
January 26, 2012

By: _____
Charles W. Baxter
Stephanie S. Brannen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone (212) 909-6000

Dori A. Lewis
Veronica Vela
LEGAL AID SOCIETY
PRISONERS' RIGHTS PROJECT
199 Water Street, 6th Floor
New York, New York 10038
Telephone (212) 577-3530
*Attorneys for Plaintiffs Lucy Tasama
(formerly Lucy Amador) and Bette Jean
McDonald*

Dated: January 27, New York
January 27, 2012
Niagara County
New York

By: _____
George C. Muscato
Muscato, DiMillo & Vona, L.L.P.
107 East Avenue
Lockport, New York 14094
Telephone (716) 434-9177
*Attorney for Defendant Robert L. Smith*

Dated: _____, New York
January ___, 2012

By: _____
John B. Licata
Hogan & Willig, PLLC
2410 North Forest Road, Suite 301
Amherst, New York 14068
Telephone (716) 636-7600
*Attorney for Defendant John E. Gilbert, III*

SO ORDERED:

_____

2