UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------x
:
LUCY AMADOR, *et al.*,                    :
:                              6:10-cv-06702-DGL-JWF
Plaintiffs,    :
:
-against-                          :
:
SUPERINTENDENT OF THE DEPARTMENT          :    NOTICE OF APPEARANCE AND
OF CORRECTIONAL SERVICES ("DOCS")         :    REQUEST FOR ELECTRONIC
ANGINELL ANDREWS, *et al.*,               :          NOTIFICATION
:
Defendants.    :
----------------------------------------x

PLEASE TAKE NOTICE that Bette Jean McDonald appears in the case captioned above by her counsel, Kaitlin Farrell of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below. The undersigned further certifies that she is admitted to practice in the Western District of New York.

Dated: New York, New York
April 26, 2012

By: /s/ Kaitlin Farrell
Kaitlin T. Farrell
*Attorney for Plaintiff Bette Jean McDonald*
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Phone: (212) 909-6000
ktfarrel@debevoise.com