UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

LUCY AMADOR, et al, on behalf of themselves
and all others similarly situated

                              Plaintiffs

                                                    **06:10-CV-06702 (DGL) (JWF)**

DEPARTMENT OF CORRECTIONAL
SERVICES ("DOCS") SUPERINTENDENT
ANGINELL ANDREWS, et al.
                              Defendants
-----------------------------------------------------------------


    I hereby certify that hard copies of Exhibits A, B and C to the Motion for Summary

Judgment of Defendant, Robert Smith, were previously provided to the Court and all parties

by mail.

    I certify under penalty of perjury that the foregoing is true and correct.

Dated:  May 14, 2012


                              George V. C. Muscato