UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
LUCY AMADOR, et al, on behalf of themselves
and all others similarly situated

                              Plaintiffs


                                        **06:10-CV-06702 (DGL) (JWF)**

DEPARTMENT OF CORRECTIONAL
SERVICES ("DOCS") SUPERINTENDENT
ANGINELL ANDREWS, et al.
                         Defendants
-----------------------------------------------------------------

### CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2012, I electronically re-filed the foregoing Notice of

Motion for Summary Judgment, Declaration is Support of Motion for Summary Judgment,

(Statement that Exhibits A-C have been submitted previously by hard copy) Memorandum in

Support of Motion for Summary Judgment, Plaintiff, Lucy Tasama's Memorandum of Law in

Opposition to Motion for Summary Judgment, Responding Affirmation in Support of Motion

for Summary Judgment, Responding Memorandum of Law in Support of Motion for

Summary Judgment, Rule 56 Statement of Facts, on behalf of Defendant, Robert Smith, with

the Clerk of the District Court using the CM/ECF system which would then electronically

notify the following CM/ECF participants on this case:

> Dori A. Lewis, Esq.
> Veronica Vela, Esq.
> Legal Aid Society
> The Prisoners' Rights Project
> DLEWIS@legal-aid.org
>
> Charles W. Baxter, Esq.
> Stephanie S. Brannen, Esq.
> Debevoise & Plimpton
> cwbaxter@debevoise.com

Daniel Schulze, Esq.
Barbara Maddox, Esq.
Department of Law, Litigation Bureau
State of New York
Office of the Attorney General
Daniel.Schulze@ag.ny.gov
Barbara.Maddox@ag.ny.gove

John B, Licata, Esq.
Hogan & Willig, P.C.
jlicata@hoganwillig.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  May 15, 2012

Patricia J. Welsby