**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

LUCY AMADOR, et al,. on behalf of
themselves and all others similarly
situated,

        Plaintiff(s),              ORDER
    v.                                10-CV-6702L

DEPARTMENT OF CORRECTIONAL SERVICES
("DOCS") SUPERINTENDENT ANGINELL
ANDREWS, et al.,

        Defendant(s).

      Defendant Robert Smith has filed an Amended Motion for Summary Judgment. (Docket # 348). Plaintiffs Lucy Amador's and Bette Jean McDonald's responses to the motion shall be filed on or before June 5, 2012. Reply papers shall be filed on or before June 12, 2012. Oral argument will be heard before the undersigned on July 3, 2012 at 11:00 a.m.

SO ORDERED.

                                          /s/ Jonathan W. Feldman
                                          JONATHAN W. FELDMAN
                                    United States Magistrate Judge

Dated: May 21, 2012
Rochester, New York