UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BETTE JEAN MCDONALD,

                                      Plaintiff,        **NOTICE OF APPEARANCE**

v.

                                                            Case No.:  10-CV-6702L

JOHN E. GILBERT, III,

                                      Defendant.

     PLEASE TAKE NOTICE, that the undersigned has been retained and hereby appears as Attorney of Record for Defendant in the above action, and respectfully requests that copies of all pleadings, notices, motions and orders be served upon him at the filing address set forth below.

Dated: June 13, 2012
       Amherst, New York

                                                                            Yours, etc.

                                                                            *S/Glenn Pincus*
                                                                            Glenn Pincus, Esq.
                                                                            HOGANWILLIG
                                                                            *Attorneys for Defendant*
                                                                            2410 North Forest Road
                                                                            Amherst, New York 14068
                                                                            (716) 636-7600
                                                                            gpincus@hoganwillig.com