# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

June 14, 2012

Hon. Jonathan W. Feldman
United States Magistrate Judge
2330 U.S. Courthouse
100 State Street
Rochester, New York 14614

Dear Judge Feldman:

We are counsel for the plaintiff in Bette Jean McDonald v. John E. Gilbert, III, which is set for trial on July 9, 2012.

Chief Judge Skretny's May 14, 2010 General Order prohibits the possession and use of personal electronic devices in the Western District courthouses and facilities. Judge Skretny's order does allow admitted attorneys to bring in their personal electronic devices by applying for a court issued identification card. Counsel for the plaintiffs have obtained such a card.

During trial we will be assisted by three paralegals: Robert Tebbenkamp, Jason Schloss, and Raphael Hickling. It would greatly aid our conduct of this trial if Messrs. Tebbenkamp, Schloss, and Hickling were permitted by the Court to apply for a court issued ID card that would allow them to bring their blackberries or other personal electronic devices into the courthouse, and we write seeking this permission. We all of course will be sure to only use these devices in the area that's permitted by the Court.

Respectfully submitted,

s/Svetlana M. Eisenberg

Attorney for Plaintiff
Debevoise & Plimpton LLP
919 Third Avenue, 45th Floor
New York, NY 10022
(212) 909-6927
smeisenberg@debevoise.com