**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

BETTE JEAN MCDONALD,

        Plaintiff(s),                  ORDER
    v.                                   10-CV-6702L

JOHN GILBERT, III,

        Defendant(s).

---

        Plaintiff has filed a Motion in Limine.  (Docket # 357).  Defendant's response to the motion shall be filed on or before June 25, 2012.  Oral argument will be heard before the undersigned on July 5, 2012 at 3:00 p.m.

SO ORDERED.

                                                /s/ Jonathan W. Feldman
                                                  JONATHAN W. FELDMAN
                                           United States Magistrate Judge

Dated: June 18, 2012
Rochester, New York