**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

BETTE JEAN MCDONALD,

        Plaintiff(s),                      ORDER
    v.                                         10-CV-6702L

JOHN GILBERT, III,

        Defendant(s).

Plaintiff has filed a Motion in Limine. (Docket # 359). Defendant's response to the motion shall be filed on or before June 26, 2012. Oral argument will be heard before the undersigned on July 5, 2012 at 3:00 p.m.

SO ORDERED.

                                            /s/ Jonathan W. Feldman
                                              JONATHAN W. FELDMAN
                                          United States Magistrate Judge

Dated: June 19, 2012
Rochester, New York