**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

BETTE JEAN MCDONALD,

                    Plaintiff(s),                          ORDER
          v.                                               10-CV-6702L

JOHN GILBERT, III,

                    Defendant(s).

_____

        Plaintiff has filed a motion requesting permission for three

of her attorneys' legal assistants, Robert Tebbenkamp, Jason

Schloss and Raphael Hickling, to bring their personal electronic

devices to Court.   (Docket # 356).   The Court hereby orders that

plaintiff's motion (Docket # 356) is granted.

SO ORDERED.

                                  _____
                                  Jonathan W. Feldman
                                  United States Magistrate Judge


Dated: June 20   , 2012
Rochester, New York