UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTE JEAN MCDONALD,<br><br>                  Plaintiff<br><br>v.<br><br>JOHN E. GILBERT, III,<br><br>                  Defendant. | 10cv6702 (DGL) (JWF) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2012, I electronically filed the following documents:

1. Notice of Motion;

2. Plaintiff Bette Jean McDonald's Memorandum of Law in Support of Motion in Limine to Admit Evidence of Other Sexual Assaults by the Defendant Pursuant to Federal Rules of Evidence 415 and 404(b); and

3. Declaration of Kaitlin T. Farrell in Support of Plaintiff Bette Jean McDonald's Motion in Limine to Admit Evidence of Other Sexual Assaults by the Defendant Pursuant to Federal Rules of Evidence 415 and 404(b) with accompanying exhibits A-J

[Docket number 357] with the Clerk of the District Court using its CM/ECF system, which then electronically notified the following participants in this case:

    Brian James Hutchison, bjhesq@gmail.com

    Charles W. Baxter, cwbaxter@debevoise.com, mao-ecf@debevoise.com

    Diane R. Tiveron, dtiveron@hoganwillig.com

    Dori A. Lewis, dlewis@legal-aid.org

    George V. C. Muscato, georgemuscato@yahoo.com, trishwelsby@yahoo.com

    Glenn Pincus, gpincus@hoganwillig.com, kszymanoski@hoganwillig.com, ssweeney@hoganwillig.com

    James T. Potter, jpotter@hinmanstraub.com, nburnetter@hinmanstraub.com

John Barry Licata, jlicata@hoganwillig.com

Joseph M. LaTona, sandyw@tomburton.com, josabele@verizon.net

Kaitlin T. Farrell, ktfarrel@debevoise.com

Linda M. Cronin, lcronin@cblawyers.net

Lisa Audrey Freeman, lafreeman@legal-aid.org

Maeve L O'Connor, moconnor@debevoise.com

Rocco G. Avallone, ravallone@cblawyers.net

Svetlana M. Eisenberg, smeisenberg@debevoise.com

Veronica Vela, vvela@legal-aid.org

_____
William Lutz