UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTE JEAN MCDONALD,<br><br>             Plaintiff<br><br>v.<br><br>JOHN E. GILBERT, III,<br><br>             Defendant. | 10cv6702 (DGL) (JWF) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2012, I electronically filed the following documents:

1. Notice of Motion;

2. Plaintiff Bette Jean McDonald's Memorandum of Law in Support of Motion in Limine to Exclude Evidence of Kristina Muchleisen's Past Criminal Convictions Under Federal Rule of Evidence 609 and 403; and

3. Declaration of Kaitlin T. Farrell in Support of Plaintiff Bette Jean McDonald's Memorandum of Law in Support of Motion in Limine to Exclude Evidence of Kristina Muehleisen's Past Criminal Convictions Under Federal Rule of Evidence 609 and 403 with accompanying exhibits A and B

[Docket number 359] with the Clerk of the District Court using its CM/ECF system, which then electronically notified the following participants in this case:

    Brian James Hutchison, bjhesq@gmail.com

    Charles W. Baxter, cwbaxter@debevoise.com, mao-ecf@debevoise.com

    Diane R. Tiveron, dtiveron@hoganwillig.com

    Dori A. Lewis, dlewis@legal-aid.org

    George V. C. Muscato, georgemuscato@yahoo.com, trishwelsby@yahoo.com

    Glenn Pincus, gpincus@hoganwillig.com, kszymanoski@hoganwillig.com, ssweeney@hoganwillig.com

    James T. Potter, jpotter@hinmanstraub.com, nburnetter@hinmanstraub.com

John Barry Licata, jlicata@hoganwillig.com

Joseph M. LaTona, sandyw@tomburton.com, josabele@verizon.net

Kaitlin T. Farrell, ktfarrel@debevoise.com

Linda M. Cronin, lcronin@cblawyers.net

Lisa Audrey Freeman, lafreeman@legal-aid.org

Maeve L O'Connor, moconnor@debevoise.com

Rocco G. Avallone, ravallone@cblawyers.net

Svetlana M. Eisenberg, smeisenberg@debevoise.com

Veronica Vela, vvela@legal-aid.org

/s/ Nicole O. Aiken
Nicole O. Aiken