UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTE JEAN MCDONALD, | : |
| | :    10cv6702 (DGL) (JWF) |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| | :    Jury selection begins on |
| JOHN E. GILBERT, III, | :    July 9, 2012 |
| | : |
| Defendant. | : |
| | : |


**PLAINTIFF BETTE JEAN MCDONALD'S SUPPLEMENTAL PRETRIAL
STATEMENT SUBMISSION LISTING ADDITIONAL DEPOSITION DESIGNATIONS**


DEBEVOISE & PLIMPTON LLP

Svetlana M. Eisenberg
Kaitlin T. Farrell
919 Third Avenue
New York, New York 10022
Telephone (212) 909-6000
*smeisenberg@debevoise.com*
*ktfarrell@debevoise.com*

THE LEGAL AID SOCIETY
PRISONERS' RIGHTS PROJECT

Dori Lewis
Veronica Vela
199 Water Street, 6th Floor
New York, New York 10038
Telephone (212) 577-3530
*dlewis@legal-aid.org*
*vvela@legal-aid.org*


Dated:  June 25, 2012


23690722v1

On June 22, 2012, Plaintiff Bette Jean McDonald, pursuant to Local Rule of Civil Procedure 16(e) (the "Rules") and the Honorable Jonathan W. Feldman's Pretrial Order (the "PTO"), filed a Pretrial Statement. She is hereby supplementing the Pretrial Statement. Specifically, the Plaintiff is supplementing her disclosure pursuant to PTO § II.I.B.5 and Rule 16(e)(2)(g) for deposition testimony that she intends to offer at trial. In addition to supplying a revised listing for designated testimony from the Defendant's deposition, the Plaintiff is also supplying designations for Corilynn's Lorenzo's June 20, 2012 deposition. The Plaintiff received the transcript of Ms. Lorenzo's deposition only on June 23, 2012 and is supplying the list of designations right away to provide defense counsel with as much lead notice as possible. The Plaintiff, however, respectfully requests that she be allowed to supplement the listing in case it inadvertently omits certain testimony that the Plaintiff wishes to offer in evidence. The Plaintiff also reserves all hers rights in this regard.

| Deponent Name and Title at Time of Deposition | Transcript Date | Plaintiff's Designation (Revised June 25, 2012) |
|---|---|---|
| **JOHN E. GILBERT III** Defendant | Deposed on August 7, 2007 | |
| | | 01:01-01:25; 03:01-03:03; 05:02-05:24; 05:25-06:11; 06:18-06:20; 07:14-09:12; 15:24-16:21; 17:10-18:10; 18:11-22:15; 25:17 – 31:2; 31:06-32:03; 35:13-36:11; 36:12-37:08; 38:25-40:10; 40:12-40:16; 41:12-43:05; 43:06-44:01; |

| Deponent Name and Title at Time of Deposition | Transcript Date | Plaintiff's Designation (Revised June 25, 2012) |
|---|---|---|
| **JOHN E. GILBERT III** <br> Defendant | Deposed on August 7, 2007 | 48:08-52:07; <br> 52:15-52:22; <br> 65:06-66:01; <br> 66:02-72:03; <br> 72:04-82:10; <br> 82:14-84:24; <br> 86:18-89:08; <br> 93:21-99:10; <br> 101:7-101:17; <br> 105:08-107:13; <br> 110:21-114:04; <br> 118:21-120:10; <br> 122:25-123:12; <br> 123:13-132:11; <br> 132:21-136:03; <br> 142:23-143:15; <br> 143:17-145:14; <br> 154:20-155:10; <br> 155:12-156:12; <br> 167:20-168:15; <br> 160:16-166:25; <br> 172:9-172:24; <br> 172:21-172:24; <br> 173:24-174:12; <br> 175:07-177:07; <br> 196:10-196:20; <br> 197:06-198:02; <br> 201:12-206:21; <br> 212:16-214:05; <br> 231:1-231:6; <br> 235:11-235:15; <br> 236:07-239:19; <br> 239:20-242:09; <br> 242:10-243:20; <br> 244:10-244:12; <br> 245:23-247:3; <br> 248:08-250:06; <br> 250:08-256:02; <br> 256:16-257:18; <br> 257:25-262:6; <br> 263:20-276:12; <br> 279:24-315:21; |

3

| Deponent Name and Title at Time of Deposition | Transcript Date | Plaintiff's Designation (Revised June 25, 2012) |
|---|---|---|
| **JOHN E. GILBERT III** <br> Defendant | Deposed on August 7, 2007 | |
| | | 315:22-318:14; <br> 318:16-320:21; <br> 320:22-320:25; <br> 327:15-332:14; <br> 332:18-336:22; <br> 336:23-338:21; <br> 338:22-341:9; <br> 363:11-363:19; <br> 363:21-365:07; <br> 365:08-365:21; <br> 367:17-368:18; <br> 375:08-378:11; <br> 387:1-388:3; <br> 390:1-391:2; <br> 392:6-392:15; <br> 394:9-394:17. |

| Deponent Name and Title at Time of Deposition | Transcript Date | Plaintiff's Designation |
|---|---|---|
| **Corilynn Lorenzo** | Deposed on June 20, 2012 | 1:1-1:25;<br>5:1-5:14;<br>8:7-8:11;<br>9:2-11:5;<br>12:3-12:25;<br>13:8-14:10;<br>14:16-20:14;<br>20:21-21:23;<br>23:11-24:9;<br>24:10-26:25;<br>27:1-28:2;<br>28:9-30:17;<br>31:4-36:4;<br>36:5-39:23;<br>39:25-40:25;<br>41:10-42:12;<br>44:19-45:16;<br>45:19-47:9;<br>47:19-48:21;<br>49:11-53:18;<br>53:19-54:13;<br>54:16-55:13;<br>55:15-55:23;<br>56:12-58:12;<br>58:14-62:17;<br>62:21-63:20;<br>63:22-65:5;<br>65:19-66:9;<br>66:12-66:23;<br>67:4-67:8;<br>67:18-68:22;<br>68:25-69:10;<br>69:11-73:9;<br>73:11-74:6;<br>74:7-77:18;<br>78:4-80:20;<br>81:3-81:24;<br>82:1-82:3;<br>82:6-82:25;<br>83:4-83:10;<br>83:13-83:25; |

| Deponent Name and Title at Time of Deposition | Transcript Date | Plaintiff's Designation |
|---|---|---|
| **Corilynn Lorenzo** | Deposed on June 20, 2012 | |
| | | 84:8-86:7; 86:9-88:5; 88:8-88:25; 89:5-91:6; 91:7-92:22; 93:12-93:24; 94:6-94:12; 94:19-96:3; 96:8-98:6; 98:9-99:9; 99:18-100:15; 100:16-109:19; 110:1-111:2; 111:6-118:4; 124:10-125:3; 125:9-125:12; 125:23-126:4; 137:20-138:12; 139:9-140:3; 183:3:183:5. |

Dated: New York, NY
  June 25, 2012

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

/s/ Svetlana Eisenberg
Svetlana M. Eisenberg
Kaitlin T. Farrell
919 Third Avenue
New York, New York 10022
Tel.: (212) 909-6000
smeisenberg@debevoise.com
ktfarrell@debevoise.com

5

THE LEGAL AID SOCIETY
PRISONERS' RIGHTS PROJECT
Dori Lewis
Veronica Vela
199 Water Street, 6th Floor
New York, New York 10038
Tel.: (212) 577-3530
dlewis@legal-aid.org
vvela@legal-aid.org

*Attorneys for Plaintiff Bette Jean McDonald*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2012, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which then electronically notified the following participants in this case:

Brian James Hutchison, bjhesq@gmail.com

Charles W. Baxter, cwbaxter@debevoise.com, mao-ecf@debevoise.com

Diane R. Tiveron, dtiveron@hoganwillig.com

Dori A. Lewis, dlewis@legal-aid.org

George V. C. Muscato, georgemuscato@yahoo.com, trishwelsby@yahoo.com

Glenn Pincus, gpincus@hoganwillig.com, kszymanoski@hoganwillig.com, ssweeney@hoganwillig.com

James T. Potter, jpotter@hinmanstraub.com, nburnetter@hinmanstraub.com

John Barry Licata, jlicata@hoganwillig.com

Joseph M. LaTona, sandyw@tomburton.com, josabele@verizon.net

Kaitlin T. Farrell, ktfarrel@debevoise.com

Linda M. Cronin, lcronin@cblawyers.net

Lisa Audrey Freeman, lafreeman@legal-aid.org

Maeve L. O'Connor, moconnor@debevoise.com

Rocco G. Avallone, ravallone@cblawyers.net

Svetlana M. Eisenberg, smeisenberg@debevoise.com

Veronica Vela, vvela@legal-aid.org

                                        /s/ Svetlana Eisenberg
                                        Svetlana Eisenberg