UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BETTE JEAN MCDONALD,

        Plaintiff

v.

JOHN E. GILBERT, III,

        Defendant.

_____

Responding Affirmation in
Opposition to Plaintiff's
Motion *in limine* Offered
Regarding Rule 415 Evidence

10 Civ. 06702 (DGL) (JWF)


    John B. Licata, Esq., hereby submits the following Responding Affirmation in Opposition to Plaintiff's Motion *in limine* Offered Regarding Rule 415 Evidence.

1. I am an attorney licensed to practice law in the State of New York and in the United States District Court for the Western District of New York.

2. I am retained by Defendant, New York State Corrections Officer John E. Gilbert III, in the above-captioned matter, and as such I am fully familiar with the pleadings and proceedings had to date in this matter.

3. The attached exhibits are true and correct copies of the following documents:

    A. Excerpts from the deposition of Corilynn Lorenzo f/k/a Corilynn Rock, June 13, 2007;

    B. Letter from Kristina Muehleisen to Sgt. Bailey dated February 1, 2000, Bates No. ATGP05226-27;

    C. Written Statement of Kristina Muehleisen dated February 1, 2000, Bates No. ATGP05228;

D. Written Investigative Report of Kristina Muehleisen taken by Frank Polizzi dated April 4, 2000, Bates No. ATGP05229-30;

E. Excerpts from deposition of John E. Gilbert III, August 7, 2007;

F. Excerpts from deposition of Kristina Muehleisen, June 25, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2012

                 *s/John B. Licata*
                 John B. Licata, Esq.
                 HOGANWILLIG
                 *Attorney for Defendant John E. Gilbert III*
                 2410 North Forest Road, Suite 301
                 Getzville, New York 14068
                 (716) 636-7600