UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BETTE JEAN MCDONALD,

                        Plaintiff,                    Case No.:  10 Civ. 06702

 v.

JOHN E. GILBERT, III

                        Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2012, I electronically filed the foregoing **Reponding Affirmation in Opposition to Plaintiff's Motion in Limine and Memorandum of Law** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following participants on this case:

        Brian James Hutchison, Esq.
        Charles W. Baxter, Esq.
        Diane R. Tiveron, Esq.
        Dori A. Lewis, Esq.
        George V.C. Muscato, Esq.
        Glenn Pincus, Esq.
        James T. Potter, Esq.
        Joseph M. LaTona, Esq.
        Kaitlin T. Farrell, Esq.
        Linda M. Cronin, Esq.
        Lisa A. Freeman, Esq.
        Maeve L. O'Connor, Esq.
        Rocco G. Avallone, Esq.
        Svetlana M. Eisenberg, Esq.
        Veronica Vela, Esq.

And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

        None

s/John B. Licata
John B. Licata, Esq.
HOGANWILLIG
*Attorney for Defendant John E. Gilbert III*
2410 North Forest Road, Suite 301
Getzville, New York 14068
(716) 636-7600

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600   Toll Free: 800.636.5255   Fax: 716.636.7606   www.hoganwillig.com

2