RECEIVED
JUN 28 2012
Jonathan W. Feldman
U.S. Magistrate Judge
Western District of New York

# MUSCATO, DIMILLO & VONA, L.L.P.

ATTORNEYS AT LAW
107 EAST AVENUE
LOCKPORT, NEW YORK 14094
TELEPHONE: (716) 434-9177
FAX: (716) 434-9196

George V.C. Muscato
A. Angelo DiMillo*
P. Andrew Vona

Michael H. White, Jr.
Brian J. Hutchison

*Admitted in NY and FLA Bars

Patricia J. Welsby
Julie A. Wagner
Jill A. Schwartz

Legal Assistants

June 28, 2012

*fax (585) 613-4075 & mail*

Hon. Jonathan W. Feldman
United States Magistrate Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

[FILED JUN 28 2012 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY]

Re: Amador, et al v. Andrews, et al
6:10 – CV – 06702 – (DGL/JWF)

Dear Judge Feldman:

Please consider our motion for a sealing order under docket number 340 dated February 15, 2012 withdrawn.

This was a motion which was filed specifically to request sealing of the Summary Judgment proceedings on behalf of Defendant, Robert Smith, and was resolved between the Defendant and Plaintiffs' counsel.

Respectfully yours,

MUSCATO, DI MILLO & VONA, L.L.P.

By: George V.C. Muscato

GVCM:pjw

cc: Charles W. Baxter, Esq.
*fax only (212) 909-6836*

SO ORDERED.

JONATHAN W. FELDMAN
United States Magistrate Judge

Dated:   June 28, 2012
         Rochester, New York