UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTE JEAN MCDONALD,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN E. GILBERT, III,<br><br>      Defendant. | 10-cv-06702 (DGL) (JWF)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Declaration of Dori A. Lewis, executed on June 29, 2012, and upon all prior pleadings and proceedings herein, the undersigned, attorneys for Plaintiff Bette Jean McDonald, hereby moves this Court for an *in limine* ruling to exclude evidence of the Closing Report and Conclusion in the Inspector General's Investigation of Plaintiff Bette Jean McDonald's Allegation pursuant to Federal Rules of Evidence 403, 803(6) and 803(8)(c), and in support of Plaintiff's Exhibit 141, and for such other and further relief as the Court may deem just and proper.

Dated:  New York, NY
        June 29, 2012

                                Respectfully submitted,

                                DEBEVOISE & PLIMPTON LLP

                                <u>/s/ Svetlana M. Eisenberg</u>
                                Svetlana M. Eisenberg
                                Kaitlin T. Farrell
                                919 Third Avenue
                                New York, New York 10022
                                Tel.: (212) 909-6000
                                smeisenberg@debevoise.com
                                ktfarrell@debevoise.com

THE LEGAL AID SOCIETY
PRISONERS' RIGHTS PROJECT
Dori Lewis
Veronica Vela
199 Water Street, 6${}^{th}$ Floor
New York, New York 10038
Tel.: (212) 577-3530
dlewis@legal-aid.org
vvela@legal-aid.org

*Attorneys for Plaintiff Bette Jean McDonald*