UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTE JEAN MCDONALD, | : |
| Plaintiff, | : 10-cv-06702 (DGL) (JWF) |
| v. | : |
| JOHN E. GILBERT, III, | : |
| Defendant. | : |

**DECLARATION OF DORI A. LEWIS IN SUPPORT OF
PLAINTIFF BETTE JEAN MCDONALD'S MOTION IN LIMINE TO EXCLUDE
EVIDENCE OF THE CLOSING REPORT AND CONCLUSION
IN THE INSPECTOR GENERAL'S INVESTIGATION
OF BETTE JEAN MCDONALD'S ALLEGATION
PURSUANT TO FEDERAL RULES OF EVIDENCE 403, 803(6) AND 803(8)(C),
AND IN SUPPORT OF PLAINTIFF'S EXHIBIT 141**

I, Dori A. Lewis, declare as follows:

1.      I am a member of the bar of the state of New York and of this District Court, and an attorney at the Prisoners' Rights Project of The Legal Aid Society, counsel, along with the law firm of Debevoise & Plimpton LLP, counsel, for Plaintiff in this action. I am familiar with the documents and proceedings associated with this matter as described below. I make this declaration in support of Plaintiff Bette Jean McDonald's Motion in Limine to Exclude Evidence of the Closing Report and Conclusion in the Inspector General's Investigation pursuant to Federal Rules of Evidence 403, 803(6) and 803(8)(c), and in support of Plaintiff's Exhibit 141.

2.      The attached exhibits are true and correct copies of the following documents:

   A.   Excerpts from the Deposition of Inspector General Investigator ███████
        December 17, 2008

   B.   Excerpts from the Deposition of Inspector General Investigator ███████
        January 17, 2007

    C.    Excerpts from the Deposition of Inspector General Investigator █████
January 30, 2007

    D.    Excerpts from the Deposition of Inspector General Investigator █████
December 16, 2008

    E.    Excerpts from the Deposition of Inspector General Investigator █████
█████, January 24, 2007

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 29, 2012

    /s/ Dori A. Lewis

    Dori A. Lewis
    LEGAL AID SOCIETY
    Prisoners' Rights Project
    199 Water Street, 6th floor
    New York, New York 10038
    Tel.: (212) 577-3530
    dlewis@legal-aid.org