# Exhibit A

Redacted

# Exhibit B

Redacted

# Exhibit C

Redacted

# Exhibit D

Redacted

# Exhibit E

Case 6:10-cv-06702-JWF   Document 373-3   Filed 06/29/12   Page 9 of 10

Redacted