UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTE JEAN MCDONALD,<br><br>　　　　　Plaintiff<br><br>　　　　　v.<br><br>JOHN E. GILBERT, III,<br><br>　　　　　Defendant. | 10cv6702 (DGL) (JWF) |

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on June 29, 2012, I electronically filed redacted versions of the following documents:

1.　　Notice of Motion

2.　　Plaintiff Bette Jean McDonald's Motion in Limine to Exclude Evidence of the Closing Report and Conclusion in the Inspector General's Investigation pursuant to Federal Rules of Evidence 403, 803(6) and 803(8)(c)

3.　　Declaration of Dori A. Lewis in Support of Plaintiff Bette Jean McDonald's Motion in Limine to Exclude Evidence of the Closing Report and Conclusion in the Inspector General's Investigation pursuant to Federal Rules of Evidence 403, 803(6) and 803(8)(c) and Supporting Exhibits A-E

with the Clerk of the District Court using its CM/ECF system, which then electronically notified the following participants in this case:

　　　　Brian James Hutchison, bjhesq@gmail.com

　　　　Charles W. Baxter, cwbaxter@debevoise.com, mao-ecf@debevoise.com

　　　　Diane R. Tiveron, dtiveron@hoganwillig.com

　　　　Dori A. Lewis, dlewis@legal-aid.org

　　　　George V. C. Muscato, georgemuscato@yahoo.com, trishwelsby@yahoo.com

　　　　Glenn Pincus, gpincus@hoganwillig.com, kszymanoski@hoganwillig.com, ssweeney@hoganwillig.com

James T. Potter, jpotter@hinmanstraub.com, nburnetter@hinmanstraub.com

John Barry Licata, jlicata@hoganwillig.com

Joseph M. LaTona, sandyw@tomburton.com, josabele@verizon.net

Kaitlin T. Farrell, ktfarrel@debevoise.com

Linda M. Cronin, lcronin@cblawyers.net

Lisa Audrey Freeman, lafreeman@legal-aid.org

Maeve L O'Connor, moconnor@debevoise.com

Rocco G. Avallone, ravallone@cblawyers.net

Svetlana M. Eisenberg, smeisenberg@debevoise.com

Veronica Vela, vvela@legal-aid.org

/s/ Svetlana M. Eisenberg
Svetlana M. Eisenberg
