UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BETTE JEAN MCDONALD,

    Plaintiff,

v.

JOHN E. GILBERT, III,

    Defendant.

10-cv-06702 (DGL) (JWF)

**[PROPOSED]
SEALING ORDER**

JONATHAN W. FELDMAN, MAGISTRATE JUDGE

The Court hereby directs the Clerk of the Court to accept filing of Plaintiff's Motion *In Limine* To Exclude Evidence of the Closing Report and Conclusion in the Inspector General's Investigation of Plaintiff Bette Jean McDonald's Allegation Pursuant to Federal Rules of Evidence 403, 803(6) and 803(8)(c), and supporting memoranda of law, declarations, and exhibits, to be filed on June 29, 2012, under seal.

SO ORDERED.

_____
Jonathan W. Feldman, Magistrate Judge

Dated: Rochester, New York
7/3/12

[FILED JUL 3 2012 MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY]