UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BETTE JEAN MCDONALD,

    Plaintiff,

v.

JOHN E. GILBERT, III,

    Defendant.

10-cv-06702 (DGL) (JWF)

## PARTIES' STIPULATION REGARDING THE VIDEO DEPOSITION TESTIMONY OF CORILYNN LORENZO

WHEREAS, on July 12, 2012, Plaintiff Bette Jean McDonald offered in her case-in-chief in the jury trial of the above-captioned case video deposition testimony of Corilynn Lorenzo taken on June 20, 2012; and

WHEREAS, it is necessary to preserve a record of the deposition testimony played for the jury.

THEREFORE, THE PARTIES HEREBY STIPULATE for the record that the following portions of Ms. Lorenzo's deposition were played for the jury on July 12, 2012:

| | | |
|---|---|---|
| 5:2-14 | 35:18-36:11 | 67:4-8 |
| 8:8-11 | 36:22-37:4 | 67:18-68:22 |
| 9:2-11:5 | 40:4-42:12 | 68:25-71:13 |
| 12:3-6 | 44:7-44:12 | 71:21-73:9 |
| 12:8-11 | 44:20-45:16 | 73:11-77:04 |
| 13:8-21 | 45:19-47:16 | 78:15-80:10 |
| 15:6-8 | 47:19-48:14 | 81:3-24 |
| 19:3-12 | 49:11-51:20 | 82:1-3 |
| 20:6-14 | 52:4-54:13 | 82:6-25 |
| 29:25-30:17 | 54:16-55:24 | 83:4-10 |
| 30:24-31:16 | 57:4-61:24 | 83:13-84:2 |
| 31:20-23 | 62:5-17 | 84:8-86:7 |
| 32:9-33:7 | 62:21-63:20 | 86:9-88:5 |
| 33:10-21 | 63:22-65:5 | 88:8-25 |
| 33:23-34:21 | 65:19-66:9 | 93:12- 93:20[i] |
| 35:3-15 | 66:12-23 | 94:19-96:03 |

| | | |
|---|---|---|
| 96:8-98:6 | 111:6-111:13 | 130:3-10 |
| 98:9-99:9 | 111:21-112:11 | 131:23-132:4 |
| 99:18-101:6 | 112:23-113:6[ii] | 137:20-138:9 |
| 101:15-109:19 | 114:11-116:18 | 139:9-140:3 |
| 110:1-111:2 | 116:23-118:4 | 144:10-181:20. |

The complete transcript of the deposition testimony of Corilynn Lorenzo taken on June 20, 2012 is attached hereto as Exhibit A.  A transcript of only the above-designated testimony is attached hereto as Exhibit B.  The parties also hereby stipulate that any reference in the deposition transcript to the term "key block" should actually be "keep lock."

Dated:  Rochester, New York
        July 16, 2012

DEBEVOISE & PLIMPTON LLP

/s/ Kaitlin T. Farrell
Svetlana M. Eisenberg
Kaitlin T. Farrell
919 Third Avenue
New York, New York 10022
Tel.: (212) 909-6000
smeisenberg@debevoise.com
ktfarrell@debevoise.com

THE LEGAL AID SOCIETY
PRISONERS' RIGHTS PROJECT
Dori Lewis
Veronica Vela
199 Water Street, 6th Floor
New York, New York 10038
Tel.: (212) 577-3530
dlewis@legal-aid.org
vvela@legal-aid.org

*Attorneys for Plaintiff Bette Jean McDonald*

HOGAN WILLIG, ATTORNEYS AT LAW

/s/ John B. Licata
John B. Licata
Glenn Pincus
2410 North Forest Road
Suite 301
Amherst, New York 14068
Phone: 716.636.7600
Toll Free: 800.636.5255
Fax: 716.636.7606

*Attorneys for Defendant John E. Gilbert III*

---

[i] At which point Mr. Licata objected on the basis of hearsay, and Judge Feldman sustained his objection and instructed the jury to disregard this section of the testimony.

[ii] At which point Mr. Licata objected on the basis of hearsay, and Judge Feldman sustained his objection and instructed the jury to disregard the last question and answer.