# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| BETTE JEAN MCDONALD,<br>*Plaintiff*<br>v.<br>JOHN E. GILBERT, III,<br>*Defendant* | )<br>)<br>)   Civil Action No.   10-CV-6702<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

X tried by a jury with Judge     Jonathan W. Feldman     presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   Jul 25, 2012                                                 *CLERK OF COURT*

                                                                                    s/Michael J. Roemer

                                                                                    *Signature of Clerk or Deputy Clerk*