UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

LUCY AMADOR, a/k/a LUCY TASAMA,

                      Plaintiff,

                                              ORDER

                                              10-CV-6702L

                     v.

SERGEANT MICHAEL GALBREATH,

                      Defendant.
_____

       The case involving this plaintiff and several others are still pending for trial. By letter dated August 31, 2012 from counsel for Ms. Tasama, it appears that discovery has concluded and the matter is ready to set a schedule for trial.

       It is therefore

       ORDERED that a trial date status conference is scheduled for September 25, 2012 at 2:00 p.m. Defendant Michael Galbreath is ordered to appear in person at the conference to discuss scheduling the trial and other matters relating to trial.

       Defendant Galbreath is advised that if he fails to appear, on application, the Court could enter a default judgment against him for failure to appear and otherwise defend the action against him. If there is a default judgment, the Court would then schedule an inquest to determine the amount of damages that should be awarded to the plaintiff.

       IT IS SO ORDERED.

                                                  _____
                                                    DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
       September 5, 2012.