AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| LUCY AMADOR, a/k/a LUCY TASAMA, *Plaintiff* ) ) ) v. ) ) SERGEANT MICHAEL GALBREATH, ) *Defendant* | Civil Action No. 10-cv-6702L |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* LUCY AMADOR, a/k/a LUCY TASAMA, recover from the defendant *(name)* SERGEANT MICHAEL GALBREATH, the amount of $250,000 for compensaroty damages & $250,000 in punitive damages dollars ($ 500,000 ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge David G. Larimer on a motion for default judgment in favor of plaintiff Lucy Tasama (fka Lucy Amador) for a total award of $500,000.00.

Date: 4/24/2013

CLERK OF COURT

*Michael J. Roemer*

*Signature of Clerk or Deputy Clerk*