05/28/2013 18:54 FAX 212 909 6836    DEBEVOISE & PLIMPTON LLP    ☒002



# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

May 28, 2013

[FILED JUN 3 2013 MICHAEL J. ROEMER, CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF NY]

[RECEIVED MAY 29 2013 Jonathan W. Feldman U.S. Magistrate Judge Western District of New York]

BY FACSIMILE

Honorable Jonathan W. Feldman
United States Magistrate Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614

*Amador et al. v. Andrews et al.*, 6:10-cv-06702-JWF

Dear Judge Feldman:

    We represent plaintiff Lucy Tasama (formerly Lucy Amador) in the above-captioned case in her claims against Defendant Robert Smith. We write to request a brief, two-day adjournment of trial dates to accommodate anticipated witness conflicts.

    We have reviewed the Court's Pretrial Order dated May 14, 2013, and we have conferred with our expected trial witnesses. One witness that we anticipate calling pursuant to Federal Rule of Evidence 415 has indicated that she can only be available to testify on Friday, July 12. We anticipate the presentation of Ms. Tasama's case will take no more than two and one half days. To avoid taking this witness out of order at or very near the conclusion of the case, we write to request – if possible – that jury selection and trial be adjourned two days, to Thursday, July 11. We have asked counsel for Robert Smith whether they have any objection to starting jury selection on July 11 instead and they stated that they have no objection.

REQUEST GRANTED.

SO ORDERED
/s/ Jonathan W. Feldman
United States Magistrate Judge

Respectfully yours,

/s/ Charles W. Baxter

Charles W. Baxter (212.909.6258)
Svetlana M. Eisenberg (212.909.6927)
DEBEVOISE & PLIMPTON LLP

Dori Lewis
Veronica Vela
THE LEGAL AID SOCIETY
PRISONERS' RIGHTS PROJECT

cc: George Muscato, Esq.
    Brian Hutchison, Esq.
    *Counsel for Robert Smith*, by email

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai