**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

LUCY AMADOR, et al,. on behalf of themselves and all others similarly situated,

        Plaintiff(s),                ORDER
     v.                                   10-CV-6702L

DEPARTMENT OF CORRECTIONAL SERVICES ("DOCS") SUPERINTENDENT ANGINELL ANDREWS, et al.,

        Defendant(s).

---

Defendant Robert Smith has filed a Motion to Preserve Trial Testimony. (Docket # 411). Plaintiffs' responses to the motion shall be filed on or before June 11, 2013. Reply papers shall be filed on or before June 18, 2013. Oral argument will be heard before the undersigned on July 1, 2013 at 3:00 p.m.

SO ORDERED.

                                       /s/ Jonathan W. Feldman
                                       JONATHAN W. FELDMAN
                                       United States Magistrate Judge

Dated: May 31, 2013
Rochester, New York