UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------x

LUCY AMADOR, *et al.*,

               Plaintiffs,

    -against-

SUPERINTENDENT OF THE DEPARTMENT
OF CORRECTIONAL SERVICES ("DOCS")
ANGINELL ANDREWS, *et al.*,

               Defendants.
---------------------------------x

6:10-cv-06702-DGL-JWF

**ORDER GRANTING MOTION FOR CERTIFICATION OF FINAL JUDGMENT PURSUANT TO RULE 54(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

FILED JUL 17 2013 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY

    This Court having granted Plaintiff Lucy Tasama's (formerly Lucy Amador) motion for default judgment against Defendant Galbreath in the amount of $250,000.00 in compensatory damages and $250,000.00 in punitive damages, by Order dated April 24, 2013, and judgment having been entered by the Clerk of Court, Plaintiff having now filed a motion for certification of the judgment as a final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; and

    This Court having found that all adjudicated claims against Defendant Galbreath are independent from all remaining claims, that Plaintiff has an interest in a prompt enforceable judgment, and that there is therefore no just reason for delay,

    It is hereby ORDERED that the entry of the default judgment against Defendant Galbreath by Plaintiff Tasama is a final judgment entered pursuant to Fed. R. Civ. P. 54(b).

**DONE AND ORDERED** this _17_ day of July, 2013.

_____
David G. Larimer
United States District Judge