# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

October 16, 2013



BY FACSIMILE

Honorable Jonathan W. Feldman
United States Magistrate Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614

*Lucy Tasama v. Estate of Robert Smith*, 6:10-cv-06702-JWF

Dear Judge Feldman:

Counsel for Plaintiff Lucy Tasama and counsel for Defendant the Estate of Robert Smith write jointly to request a one week extension of the briefing schedule for the evidentiary motions *in limine* identified in yesterday's pre-trial conference.

After our conference, the New York State Attorney General's office approached defense counsel to advise that there is the potential for settlement if Plaintiff would agree in principle to the Attorney General's proposed settlement figure. Plaintiff has agreed to that figure and has communicated that agreement to defense counsel, who has in turn communicated Plaintiff's willingness to settle to the Attorney General's office. The parties are now waiting for the State to take the necessary steps for approval, which we understand may take approximately a week to 10 days.

Briefs are currently due October 22nd, with jury selection to begin November 6th. A one week extension to October 29th would provide the Court with just over one week prior to the commencement of trial to review the parties' briefs, should an issue arise in the State's approval process.

[remainder of page intentionally left blank]

Hon. Jonathan W. Feldman                2                        October 16, 2012

       We believe that the parties are close to reaching a settlement agreement and therefore respectfully request this extension to potentially save the Court's time in unnecessarily reviewing the parties' pre-trial motions.

Respectfully yours,

Counsel for Plaintiff:

*[signature]*
Charles W. Baxter
Harriet M. Antczak
DEBEVOISE & PLIMPTON LLP

Dori Lewis
THE LEGAL AID SOCIETY
PRISONERS' RIGHTS PROJECT

Counsel for Defendant:

*[signature]*
George V.C. Muscato
Brian Hutchinson
MUSCATO, DIMILLO & VONA, L.L.P.

cc: Daniel Schulze, Esq.
    Barbara Demchuk Maddox, Esq.
    Richard Brewster, Esq.
    *New York State Attorney General's Office*, by email

*Request approved.*

**SO ORDERED**
*[signature]*
Jonathan W. Feldman
United States Magistrate Judge