UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
LUCY AMADOR

           Plaintiff

                   06:10-CV-06702 (JWF)

ESTATE OF ROBERT L. SMITH
formerly ROBERT SMITH

           Defendants
-----------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2013, I electronically filed the foregoing Stipulation of Settlement and Order of Dismissal on behalf of Defendant, Estate of Robert L. Smith, formerly Robert Smith with the Clerk of the District Court using the CM/ECF system which would then electronically notify the following CM/ECF participants on this case:

  Charles W. Baxter, Esq.
  Debevoise & Plimpton
  cwbaxter@debevoise.com

  Dori A. Lewis, Esq.
  Legal Aid Society
  The Prisoners' Rights Project
  dlewis@legal-aid.org

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 29, 2013

                 _____
                 Patricia J. Welsby